UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW GOMBERG, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

FACE FOUNDRIE, LLC.

        Defendant.

Case No. 2:24-cv-00315-KSM

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
       April 9, 2024

                                        Respectfully submitted,

                                        /s/ David S. Glanzberg
                                        Glanzberg Tobia Law, P.C.
                                        *Attorneys for Plaintiff*